```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

------------------------------------------------------

UNITED STATES OF AMERICA

    - v. -

XIA PING WEN,
   a/k/a "Wendy,"
               Defendant.

ORDER

12 Cr. 938

------------------------------------------------------

       Upon the application of the United States of America by Harris Fischman, Assistant United States Attorney, it is hereby ORDERED that the Indictment in this matter, 12 Cr. 938, be unsealed.

Dated:  New York, New York
        December 18, 2012

                              _____
                              UNITED STATES MAGISTRATE JUDGE
                              Sarah Netburn

