```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :       12 Cr. 938 (SHS)

      -against-                                :       ORDER

XIA PING WEN,                                     :

                Defendant.          :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court having been informed that the CJA attorney appointed to represent the above defendant, Michael Shachter, represents a defendant in a related case,

    IT IS HEREBY ORDERED that Michael Shachter is relieved and CJA attorney John Rodriguez is appointed to represent the defendant.

Dated: New York, New York
       January 4, 2013

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.