```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                        :
UNITED STATES OF AMERICA,               :    12 Cr. 938 (SHS)
                                        :
       – against –                      :
                                        :    NOTICE OF WITHDRAWAL OF
                                        :    APPEARANCE OF JOSHUA L.
                                        :    DRATEL
XIA PING WEN,                           :
              Defendant.                :
                                        :
-----------------------------------------------------------x

Please take notice that Joshua L. Dratel, Esq. is not in fact the attorney for Xia Ping Wen.

Due to a clerical mistake at the office, the wrong defendant was identified in our records.

Accordingly, Joshua L. Dratel, Esq. hereby withdraws his appearance in this action on behalf of

XIA PING WEN and respectfully requests the Clerk to note his withdrawal in this case.

Dated: New York, New York
       January 7, 2013

                                        Respectfully submitted,


                                         /s/Joshua L. Dratel
                                        Joshua L. Dratel
                                        JOSHUA L. DRATEL, P.C.
                                        2 Wall Street, 3rd Floor
                                        New York, New York 10005
                                        (212) 732-0707
                                        JDratel@joshuadratel.com


                                                        SO ORDERED 1/7/13

                                                        _____
                                                        SIDNEY H. STEIN
                                                        U.S.D.J.