

**THE LAW OFFICES OF JOHN M. RODRIGUEZ**
375 Park Avenue
SUITE 2607
NEW YORK, NEW YORK 10152
Office (212) 634-9937   Fax (212) 634-9980
jrnylaw@verizon.net

February 20, 2013

**VIA FAX**
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: United States v. Xia Ping Wen
    12 Cr. 938 (SHS)

Dear Judge Sullivan:

    This application is respectfully submitted on behalf of Defendant Xia Ping Wen to request an adjournment to file motions in the above referenced matter. The matter has been scheduled before your Honor on February 21, 2013, at 4:00pm.

    The discovery in this case is voluminous and counsel was actively preparing another matter for trial, U.S. v. Tameshwar Singh, 12 Cr. 045, before the Honorable Richard J. Sullivan. Both cases were assigned to counsel on January 7, 2013.

    I am requesting a 30 day adjournment to review the discovery and to prepare motions to the extent that motions are warranted. I have conferred with AUSA Harris Fischman regarding this application. The Government does not oppose the application. We consent to the exclusion of Speedy Trial time pending the adjournment.

Respectfully submitted,

John M. Rodriguez, Esq.

Application denied
SO ORDERED 2/20/13

SIDNEY H. STEIN
U.S.D.J.