USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED 5/29/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : 12 Cr. 938 (SHS) |
| -against- | : |
| | ORDER ACCEPTING THE PLEA |
| XIA PING WEN, | : ALLOCUTION BEFORE A U.S. |
| | MAGISTRATE JUDGE |
| Defendant. | : |

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      On May 6, 2013, pursuant to Fed. R. Crim. 11, United States Magistrate Judge Gabriel W. Gorenstein, after presiding over a plea allocution with the defendant's consent in the above captioned matter, reported and recommended that the above defendant's plea of guilty be accepted. The Court has reviewed the transcript of the allocution and has determined that the defendant entered the guilty plea knowingly and voluntarily and there is a factual basis for the plea. Accordingly,

      IT IS HEREBY ORDERED that the defendant's guilty plea is acceptable to the Court. The Clerk of Court is directed to enter the plea.

Dated: New York, New York
      May 29, 2013

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.