R
SEP 17 2013
JUD...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/13

# LAW OFFICE OF
# JOHN M. RODRIGUEZ, LLC.
### ATTORNEY AND COUNSELOR AT LAW
375 PARK AVENUE, SUITE 2607
NEW YORK, NY 10152
www.jrnylaw.com

Office (212) 634-9937                         Fax (212) 634-9980
Cell (516) 984-1618                           E-mail jrnylaw@verizon.net

September 16, 2013

**VIA HAND DELIVERY 212 805-7941**

The Hon. Sidney H. Stein
Southern District of the United States
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

    Re:  U.S. v. Xia Ping Wen 12 Cr. 938-01 (SHS)

Dear Judge Stein:

    Please be advised that I represent the defendant, Xia Ping Wen. The above referenced matter is presently scheduled for sentencing on September 19, 2013. We request sentencing be adjourned to October 23, 2013, a date sufficient to properly prepare objections to the pre-sentence report and defendant's sentencing memo. We have suggested an adjourn date, October 23 at 3:00pm, with the Court's deputy and the government consents to the adjournment.

    The defendant consents to the exclusion of time for purposes of this adjournment. We thank the Court in advance for the Court's consideration in this matter.

Sincerely,

John M. Rodriguez

*Any defense submissions are due by October 10, government's submission due by Oct. 17.*

Cc: AUSA Robert Boone

SO ORDERED 9/18/13

SIDNEY H. STEIN
U.S.D.J.