```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        12 Cr. 938 (SHS)

       -against-                                            :

XIA PING WEN,                                       :        ORDER

                        Defendant.       :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       The Court is in receipt of Mr. Rodriguez's letter dated September 16, 2013, requesting a <u>Curcio</u> hearing, although the letter is incorrectly addressed to Judge Cote of this Court. Accordingly,

       IT IS HEREBY ORDERED that:

       1.   Mr. Rodriguez is directed to serve a copy of that letter upon the government;

       2.   Any response to the letter by the government is due on or before September 25, 2013; and

       3.   There will be a <u>Curcio</u> hearing on October 7, 2013, at 9:00 a.m. in Courtroom 23A.

Dated: New York, New York
       September 18, 2013

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.