

U.S. Department of Justice

United States Attorney
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/13
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 3, 2013

**BY FACSIMILE**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  **United States v. Xia Ping Wen,**
     **12 Cr. 938 (SHS)**

Dear Judge Stein:

On September 18, 2013, the Court set a *Curcio* hearing in the above-captioned matter for October 7, 2013 at 9 a.m. Additionally, the Court ordered defense counsel to provide the Government with a copy of the letter that led to the establishment of the hearing and ordered the Government to provide any response to the letter by September 25, 2013. The Government received, on Monday, September 30, 2013, a copy of the letter in question from defense counsel and, after investigating the matter over the last several days, has concluded that it does wish to file a response to the original letter in advance of the *Curcio* hearing. In this regard, the Government would respectfully request that the Court grant the Government until October 8, 2013 to provide its response to defense counsel's letter. Further, the Government would respectfully request that the date of the *Curcio* hearing be adjourned in order to provide adequate time for the Government to file its response and for the Court to consider such response. The parties understand that the Court is currently engaged in a trial and that said trial does not sit on

Page 2

Fridays. The parties in this matter would be available in the morning on either Friday, October 11, 2013 or Friday, October 18, 2013 for the *Curcio* hearing.

                           PREET BHARARA
                           United States Attorney

By: *[signature]*
     Brian R. Blais
     Assistant United States Attorney
     (212) 637-2521

cc: John Rodriguez, Esq. (counsel for Wen) (by electronic mail)

*The hearing is adjourned to October 18, 2013, at 11:00 a.m.*

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.