```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,            :        12 Cr. 938 (SHS)

       -against-                                  :        ORDER

XIA PING WEN,                                         :

       Defendant.                                :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that John M. Rodriguez is relieved, and Colleen Quinn Brady is substituted to represent the defendant pursuant to the Criminal Justice Act.

Dated: New York, New York
      September 3, 2013

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.