**COLLEEN QUINN BRADY**
ATTORNEY AT LAW
99 HUDSON STREET, 8TH FLOOR
NEW YORK, NEW YORK 10013
T - 212.431.1354    F - 212.965.9084

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/13

November 6, 2013

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Xia Ping Wen 12 Cr. 938 (SHS)

Dear Judge Stein:

I was recently assigned as new counsel for Ms. Wen. I write to request an adjournment of the defendant's sentencing submission date as well as the actual sentencing now respectively set for November 15, 2013 and December 5, 2013. Despite several attempts, I have been unable to procure the file from Ms. Wen's former counsel. I spoke yesterday to AUSA Brian R. Blais and advised him that I wanted to review the discovery in the case. Mr. Blais indicated he would determine who at Dupe Coop I need to contact and get back to me. I have also requested transcripts of the change of plea that Ms. Wen entered and the Curcio hearing to determine if there is any basis to withdraw Ms. Wen's plea. I have advised Ms. Wen that it is unlikely that she would be able to withdraw a plea that was entered pursuant to a plea agreement but would order the transcript.

I need also to make several objections to the PSR submitted by Senior U.S. Probation Officer Mark R. Johnson. For all of the above reasons, I request that your Honor adjourn sentencing until mid to late January and allow me additional time to submit a sentencing memorandum. AUSA Blais consents to my request for an adjournment.

Sincerely yours,

Colleen Quinn Brady

*The sentencing is adjourned to January 16, 2014, at 3:00 pm. Defendant's sentencing submission due 1/3/14, government submission due 1/10/14.*

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.

cc:   AUSAs Brian R. Blais and Robert Boone