

March 19, 2014

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York

                Re:    USA v. Xia Ping Wen
                       12 Cr 938 (SHS)

Dear Judge Stein:

    Ms. Wen recently received a letter from Probation telling her to report to FDC Philadelphia to begin her three month sentence. I write to request that your Honor ask BOP to have her serve her sentence at either MDC or MCC so that her son and senior relatives may more readily visit her.

    Thank you for your consideration.

                                          Sincerely yours,

                                          Colleen Quinn Brady
                                          Attorney for Ms. Wen

*March 21, 2014*

*The placement of the defendant is left to the discretion of the BOP*

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.